**Eugene HAYES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 33617.**

Missouri Court of Appeals, Western District.

Nov. 9, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 4, 1983.

Application to Transfer Denied Feb. 23, 1983.

Sidney G. Marlow, Jr. of Cochran, Kramer, Kapke & Willerth, Independence, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, C.J., and TURNAGE and MANFORD, JJ.

PER CURIAM:

ORDER

Appeal from denial of post-conviction relief pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).